Submitted by:

Christopher A. Carr (# 44444)
 ccarr@afrct.com
David M. Newman (# 246351)
 dnewman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.,
successor by merger with Wells Fargo
Bank Southwest, N.A., f/k/a
Wachovia Mortgage, FSB, f/k/a
World Savings Bank, FSB ("Wells Fargo")

E-FILED 09/28/12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALAN OMRANI,<br><br>   Plaintiff,<br><br>   vs.<br><br>WACHOVIA BANK, A DIVISION OF WELLS FARGO BANK, N.A., CAL WESTERN RECONVEYANCE CORPORATION; AND DOES 1-20, INCLUSIVE,<br><br>   Defendants. | CASE NO.: 2:12-CV-06390-PSG-JEM<br><br>[Assigned to the Hon. Philip S. Gutierrez]<br><br>**[PROPOSED] JUDGMENT GRANTING WELLS FARGO'S MOTION TO DISMISS** |

On September 14, 2012, this Court granted, with prejudice, the Motion to Dismiss the Complaint filed by Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB (sued as "Wachovia Bank, a Division of Wells Fargo Bank, N.A.") ("Wells Fargo"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1  In accordance with that order:
2  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
3  1.  Plaintiff Alan Omrani shall take nothing from Defendant Wells Fargo.
4  2.  This Action is dismissed with prejudice as against Defendant Wells
5  Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A.,
6  formerly known as Wachovia Mortgage, FSB, formerly known as World Savings
7  Bank, FSB (sued as "Wachovia Bank, a Division of Wells Fargo Bank, N.A.")
8  ("Wells Fargo").
9  3.  Defendant Wells Fargo, shall be entitled to recover its costs of suit.

DATED:  9/28/12

PHILIP S. GUTIERREZ
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT GRANTING WELLS FARGO'S MOTION TO DISMISS**

on the interested parties in said case as follows:

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| **Served By Means Other than Electronically Via the Court's CM/ECF System** | **Served Electronically Via the Court's CM/ECF System** |
|---|---|
| *Plaintiff in Pro Per* | *Attorneys for Cal-Western Reconveyance Corporation* |
| Alan Omrani<br>20323 Angelina Pl.<br>Woodland Hills, CA 91364<br>Tel: (818) 625-8887 | Robin Prema Wright<br>Nicole K. Neff<br>Wright, Finlay & Zak, LLP<br>4655 MacArthur Court, Suite 280<br>Newport Beach, CA 92660<br>Tel: (949) 477-5050<br>Fax: (949) 477-9200 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on September 27, 2012.

| Vanessa Ngo | */s/ Vanessa Ngo* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |